IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHAMARA VAUGHN                                                                    PLAINTIFF

V.                                                       CIVIL ACTION NO. 1:09-CV-00136-SA-JAD

MISSISSIPPI DEPARTMENT OF MENTAL HEALTH                                DEFENDANT

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  the Defendant's Motion for Summary Judgment [29] is GRANTED;

(2)  the Plaintiff's claims are dismissed; and

(3)  this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  20th  day of September 2010.

                                                            **/s/ Sharion Aycock**
                                                            **U.S. DISTRICT JUDGE**